UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GONZALEZ, | No. 2:15-cv-2448 GEB GGH PS |
| Plaintiff, | |
| v. | ORDER |
| DEPARTMENT (BUREAU) OF REAL ESTATE, et al., | |
| Defendants. | |

Plaintiff has filed a request for extension of time to file late objections to this court's findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's July 11, 2016 (ECF No. 8) request for an extension of time is granted;

2. Plaintiff's request is granted and his late objections, filed July 11, 2016, are accepted for review.

Dated: July 13, 2016

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/Gonzalez2448.36(2)