UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL E. GONZALEZ, | No. 2:15-cv-2448 GEB GGH PS |
| Plaintiff, | |
| v. | ORDER |
| DEPARTMENT (BUREAU) OF REAL ESTATE, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action pro se and in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 302(21), pursuant to 28 U.S.C. § 636(b)(1).

By order of October 12, 2016, plaintiff was directed to file and serve declarations in support of his request for early discovery. Specifically, he was directed to serve "every defendant who has been served with summons as of the date he files the above mentioned documents." Plaintiff's submitted declarations, filed October 19, 2016, do not include proofs of service. E.D.Local Rule 135 requires that parties serve documents conventionally and attach a proof of service to the original document when it is filed. E.D.L.R. 135(b)(c). Therefore, plaintiff shall serve the declarations before an order can be issued addressing his request for expedited discovery.

////

1

The declarations suffice to warrant early discovery.  Plaintiff's declaration does not state that he has previously taken Mr. Schaldach's deposition or that one is available to him.  Mr. Schaldach's declaration indicates that he suffers from a rare form of Parkinson's disease that is not easily remediated, and has suffered serious trauma from falling down.  Absent any colorable objection after service of the declarations on the served defendants, the undersigned will permit early discovery.

Accordingly, IT IS ORDERED that:

1. Within **seven** days of this order, plaintiff shall serve defendants Jones and Sughrue with the declarations filed October 19, 2016, and file proofs of service;
2. Within **seven** days of being served with the declarations, defendants Jones and Sughrue may file objections; and
3. The Clerk of the Court shall serve Jones and Sughrue with a copy of this order at the addresses listed on their waivers of service (ECF Nos. 18, 21).

Dated: October 27, 2016

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/Gonzalez2448.pfsrv