UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL E. GONZALEZ, | No. 2:15-cv-2448 GEB GGH PS |
| Plaintiff, | |
| v. | ORDER |
| DEPARTMENT (BUREAU) OF REAL ESTATE, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action pro se and in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 302(21), pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff has now filed and served declarations in support of his request for early discovery. See ECF Nos. 15, 22, 23, 26 at 5-6. Defendants have not filed objections to his request.

Accordingly, IT IS ORDERED that: for the reasons stated in the court's October 27, 2016 order, plaintiff's motion for limited early discovery is GRANTED, (ECF No. 15), in the form of depositions on written questions to Robert Schaldach.

Dated: November 15, 2016

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/Gonzalez2448.exp-dsy