UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL E. GONZALEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>DEPARTMENT (BUREAU) OF REAL ESTATE, et al.,<br><br>        Defendants. | No.  2:15-cv-2448 GEB GGH PS<br><br><br>ORDER |

Plaintiff is proceeding in this action in pro per and in forma pauperis.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On October 12, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 20.  Plaintiff has filed objections to the findings and recommendations.  ECF No. 25.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

////

1  Accordingly, IT IS HEREBY ORDERED that:

2  1.  The findings and recommendations filed October 12, 2016, are adopted in full; and

3  2.  Plaintiff's "ex Parte application for a stay or temporary injunction on a pending state action," filed September 19, 2016, (ECF No. 16) is denied.

Dated:  November 16, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge