UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GONZALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF REAL ESTATE, et al.,<br><br>    Defendants. | No. 2:15-cv-2448 GEB GGH PS<br><br><br><br>ORDER |

    Plaintiff is proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

    On February 6, 2017, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one (21) days after service of the findings and recommendations. ECF No. 43. On February 27, 2017, plaintiff filed objections. ECF No. 44.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations filed February 6, 2017 are adopted in full;

2. Defendants' Motions to Dismiss, ECF Nos. 30, 32, are denied with the single exception that the California Department of Real Estate is dismissed based upon Eleventh Amendment immunity;

3, Plaintiff's Motion for Continuance of hearing, ECF No. 35, is DENIED as moot.

**IT IS SO ORDERED.**

Dated: March 7, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge