UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GONZALEZ,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT (BUREAU) OF REAL ESTATE, et al.,<br><br>    Defendants. | No. 2:15-cv-02448 GEB GGH<br><br>ORDER |

Plaintiff appearing in pro per in this civil matter seeks a fifteen (15) day extension of time to file objections to this court's Order and Findings and Recommendations of June 7, 2017. ECF Nos. 75. Good cause appearing therefore plaintiff's request is hereby granted and he shall file his objections on or before July 14, 2017.

**IT IS SO ORDERED**

Dated: June 29, 2017

                        /s/ Gregory G. Hollows
            UNITED STATES MAGISTRATE JUDGE