# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT (BUREAU) OF REAL ESTATE, et al.,<br><br>　　　　Defendants. | No.  2:15-CV-02448 GEB GGH<br><br><br><br>ORDER |

The parties to his action have requested a fourteen (14) day extension of time to file a joint discovery plan.  ECF No. 77.  Good cause appearing therefore this request is hereby granted and the joint discovery plan shall be filed on or before July 21, 2017.

**IT IS SO ORDERED**

DATED: July 11, 2017

　　　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　GREGORY G. HOLLOWS
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1