UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GONZALEZ,<br><br>       Plaintiff,<br><br>       v.<br><br>DEPARTMENT (BUREAU) OF REAL ESTATE, et al.,<br><br>       Defendants. | No.  2:15-CV-02448 GEB GGH<br><br><br><br>ORDER |

Plaintiff appearing in pro per in this civil matter seeks a rescheduling of his Objections to this court's order of June 7, 2017, ECF No. 74, for which he was granted an earlier extension of time to file on or before July 14, 2017, ECF No. 78, to permit the late filling of those objections on July 21, 2017, when a discovery plan is to be submitted by the parties.  ECF No. 79.

Good cause appearing therefore plaintiff's request IT IS HEREBY ORDERED THAT:

1. Plaintiff shall file his Objections on or before July 21, 2017;
2. The discovery plan shall be submitted as ordered;
3. No further extensions of time will be granted.

**IT IS SO ORDERED**

Dated: July 20, 2017

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE