UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GONZALEZ., <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT (BUREAU) OF REAL ESTATE et.al., <br><br> Defendants. | No. 2:15-cv-2448 GEB GGH <br><br><br> ORDER |

Plaintiff is proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On June 7, 2017 the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty (20) days after service of the findings and recommendations. ECF No. 74. On June 23, 2017 plaintiff requested a 15 day extension of time to file Objections the foregoing, ECF No. 75, and on June 29, 2017 the magistrate judge granted the request and issued an Order that required objections to be filed by July 14, 2017. ECF 76. Plaintiff filed objections on July 21, 2017. ECF No. 82.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis with a single exception. The

1

magistrate judge ordered that defendant's defenses 1 and 3 were to be stricken in response to a Motion to Strike, but failed to note that defendant had stipulated that defenses 7, 8, 11, 17, 19, 22 and 24 could also be stricken. .

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations filed June 7, 2017 are adopted in full with the addition that defenses 7, 8, 11, 17, 19, 22 and 24 are also inoperative due to defendant's stipulation that they could be stricken.

Dated: September 7, 2017

```
_____
GARLAND E. BURRELL, JR.
Senior United States District Judge
```