UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GONZALEZ,<br><br>        Plaintiff,<br>v.<br><br>DEPARTMENT (BUREAU) OF REAL ESTATE, et al.,<br><br>        Defendants. | No. 2:15-cv-02448-GEB-GGH<br><br>ORDER |

Plaintiff is proceeding pro se with the above-entitled action.

On September 12, 2017, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within 14 days of their issuance. ECF No. 93. Neither party has filed objections to the magistrates Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having reviewed the file, and the magistrate judge's findings and recommendations, the court ADOPTS the findings and recommendations.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 12, 2017 are adopted in full;

2. Plaintiff's Motion for Temporary Restraining Order (seeking to reinvigorate a

1

dismissed state court preliminary injunction) is denied.

**IT IS SO ORDERED.**

**Dated: October 3, 2017**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge