UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL E. GONZALEZ, | No. 2:15-cv-02448-TLN-GGH |
| Plaintiff, | |
| v. | **ORDER** |
| DEPARTMENT (BUREAU) OF REAL ESTATE, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiff Daniel E. Gonzalez's ("Plaintiff") Motion to Admit Deposition Excerpts from Prior Actions (ECF No. 104). The motion was first pending before the magistrate judge. However the magistrate judge determined the motion dealt with admitting evidence at trial, and therefore, referred it to the district judge to decide. Having reviewed the motion, the Court believes it would benefit from a response by Defendants. Accordingly, Defendants are ordered to submit a response brief not to exceed ten (10) pages within seven (7) days of the date of this order. The matter will then stand submitted unless the Court deems a reply by Plaintiff or hearing is warranted.

IT IS SO ORDERED.

Dated: April 4, 2018

Troy L. Nunley
United States District Judge

1