Daniel Gonzalez
7125 Calvin Drive,
Citrus Heights, CA 95621
Telephone (916) 247-6886
Plaintiff, Pro Se





UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL E. GONZALEZ,<br><br>        Plaintiff,<br>vs.<br><br>DEPARTMENT (BUREAU) OF REAL ESTATE; et al.,<br><br>        Defendants. | Case No.  2:15-cv-2448 TLN GGH PS<br><br>**AMENDED NOTICE OF MOTION AND PLAINTIFF'S MOTION TO ADMIT DEPOSITION EXCERPTS FROM PRIOR ACTION PURSUANT TO FED. RULES 32(a)**<br><br>Date: [1]    August 23, 2018<br>Time:       2:00 p.m.<br>Room:       Courtroom 2, 15th floor<br>District Judge Hon. Hon. Troy L. Nunley |

PLEASE TAKE NOTICE that on August 23, 2018, at 2:00 p.m., in Courtroom 2, at 501 I Street, Sacramento, CA, or as soon thereafter as the matter may be heard, Daniel Gonzalez, plaintiff, ("Plaintiff") will and hereby does move for an order admitting deposition excerpts from a prior action pursuant to Federal Rule 32(a). The deposition excerpts are to be served on Defendants Narine Stepanyan and the State Defendants pursuant to Local Rule 230 and Federal Rule Civ. Proc. 5. The Motion is based on this notice, memorandum, verified statement, declaration of Daniel Gonzalez, attached exhibits, and any oral or documentary evidence presented at the hearing.

Dated: May 15, 2018

Respectfully submitted,

By: _Daniel Gonzalez_
      DANIEL GONZALEZ
      Plaintiff

---

[1] Plaintiff is undergoing several eye surgeries beginning on May 17, 2018, and the August hearing date permits adequate time needed for full recovery. Given the medical constraints, other supporting documents would be filed per Local Rule 230.

AMENDED NOTICE OF MOTION AND PLAINTIFF'S MOTION TO ADMIT DEPOSITION EXCERPTS FROM PRIOR ACTION
PURSUANT TO FED. RULES 32(a)

1

## PROOF OF SERVICE

I am a Citizen of the United States and over the age of eighteen years, and not a party to the within entitled action; my address is 6026 Longford Drive, Citrus Heights, CA 95621

On June 4, 2018, I received the following documents and served them:

**AMENDED NOTICE OF MOTION AND PLAINTIFF'S MOTION TO ADMIT DEPOSITION EXCERPTS FROM PRIOR ACTION PURSUANT TO FED. RULES 32(a)**

on the parties in said action, by placing a true copy thereof in a USPS depository priority postage prepaid affixed thereon located in Citrus Heights, California addressed as follows:

| | |
|---|---|
| Oliver R. Lewis, DAG<br>Office of the Attorney General<br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | Sean Gavin<br>Attorney at Law<br>3947 Lennane Drive, Suite 120<br>Sacramento, CA 95834<br>(916) 779-3508 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 4, 2018 at Citrus Heights, California;

By: _____
       Robert Gonzalez

AMENDED NOTICE OF MOTION AND PLAINTIFF'S MOTION TO ADMIT DEPOSITION EXCERPTS FROM PRIOR ACTION PURSUANT TO FED. RULES 32(a)

2