Daniel Gonzalez
7125 Calvin Drive,
Citrus Heights, CA 95621
Telephone (916) 247-6886
Plaintiff



UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL E. GONZALEZ, <br><br> Plaintiff, <br><br> vs. <br><br> BUREAU OF REAL ESTATE; and DOES 1 to 100, Inclusive, <br><br> Defendants. | **No.: 2:15-cv-2448 TLN GGH PS** <br><br> **NOTICE OF NON-WAIVER TO APPEAL ORDER OF "NON-RELATED ACTIONS"** |

Plaintiff, Daniel Gonzalez, respectfully submits his notice of non-waiver in preserving all rights, after entry of a final judgment, to appeal issues of fact and law raised by the order declaring a "Non-Related Action" with the Eastern District of California, No. 2:15-cv-1997, entitled *Daniel Gonzalez v United States of America, et al.*

DATED: July 13, 2018

By: */s/ Daniel Gonzalez*

Daniel Gonzalez
Plaintiff

NOTICE OF STATEMENT OF NON-WAIVER TO APPEAL ORDER OF "NON-RELATED ACTIONS"

1