UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GONZALEZ,<br><br>    Plaintiff,<br><br>v.<br><br>KYLE THOMAS JONES, et al.,<br><br>    Defendants. | No. 2:15-cv-2448-TLN-KJN PS<br><br><br>ORDER |

On June 1, 2018, the assigned district judge vacated all pending case deadlines and ordered the parties to file a joint status report by December 3, 2018. (ECF No. 122.) The parties ultimately filed separate status reports on December 3, 2018, and December 7, 2018, respectively. (ECF Nos. 127, 129.) Thereafter, on December 14, 2018, the case was reassigned to the undersigned due to the partial retirement of Magistrate Judge Hollows. (ECF No. 130.)

Accordingly, IT IS HEREBY ORDERED that:

1. A status (pretrial scheduling) conference in this matter is set for February 21, 2019, at 10:00 a.m., in Courtroom No. 25 before Judge Newman.
2. No later than February 14, 2019, the parties shall meet and confer and file an updated joint status report outlining proposed scheduling deadlines for the case.

////

1

3. All formal discovery and motion practice are STAYED pending that status conference.
4. The failure by any party to cooperate in meaningful meet-and-confer efforts and the filing of a joint status report may result in the imposition of sanctions.

Dated: January 18, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE