UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GONZALEZ, | No. 2:15-cv-2448-TLN-KJN PS |
| Plaintiff, | |
| v. | ORDER |
| KYLE THOMAS JONES, et al., | |
| Defendants. | |

On March 25, 2019, the court conducted an informal telephonic discovery conference in this matter.[1] After carefully considering the amended joint letter and the parties' representations at the conference, IT IS HEREBY ORDERED that:

1. Plaintiff is limited to propounding a total of 25 interrogatories on defendants, unless defendants stipulate to additional interrogatories or plaintiff obtains leave of court for any additional interrogatories upon an appropriate motion.

2. Any other discovery requests, such as requests for admission, requests for production of documents, notices of deposition, or subpoenas, shall likewise comply with the

---

[1] Although defendants did not agree that there were any discovery issues properly before the court, the court, in light of plaintiff's *pro se* status, nonetheless agreed to conduct the conference to see whether any discrete discovery issues could be addressed.

1

Federal Rules of Civil Procedure and applicable law.

Dated: March 26, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE