UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>KYLE THOMAS JONES, et al.<br><br>Defendants. | No. 2:15-cv-2448-TLN-KJN PS<br><br>ORDER |

The court is in receipt of correspondence by plaintiff informally submitted to the court via e-mail, attaching another e-mail from defendants' counsel to plaintiff. The correspondence reveals some apparent confusion regarding the court's order at the March 25, 2019 informal telephonic discovery conference concerning the number of interrogatories permitted.

As an initial matter, the court notes that e-mails to the undersigned's courtroom deputy clerk are not an appropriate mechanism to bring discovery issues to the court's attention. With the exception of an e-mail to the courtroom deputy clerk to schedule an informal telephonic discovery conference according to the procedure outlined in the undersigned's scheduling order, discovery-related filings and motions shall be filed on the public docket with the Clerk of Court. Future informal letters and filings via e-mail will be disregarded.

With respect to the interrogatories, even though Federal Rule of Civil Procedure 33 may

1

in appropriate cases permit each party to propound 25 interrogatories on each opposing party, the court has made a proportionality determination that such an excessive number of interrogatories is not warranted by the needs of this case, and will amount to an undue burden and waste of resources.  Therefore, plaintiff is limited to propounding a total of 25 interrogatories on defendants collectively, and defendants collectively are limited to propounding a total of 25 interrogatories on plaintiff, absent a formal application to the court and showing of need for additional interrogatories.

Finally, all parties are cautioned that sanctions will be imposed on any party who abuses the discovery process.

IT IS SO ORDERED.

Dated:  March 27, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE