UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>KYLE THOMAS JONES, et al.<br><br>Defendants. | No. 2:15-cv-2448-TLN-KJN PS<br><br>ORDER |

Presently pending before the court is plaintiff's ex parte application for leave to file electronically. (ECF No. 143.)

Generally, "any person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." See E.D. Cal. L.R. 133(b)(2). Plaintiff's application here only makes vague references to changes in plaintiff's living and medical circumstances. Additionally, given plaintiff's history of voluminous filings, the court has grave concerns about granting plaintiff electronic filing privileges.

Accordingly, IT IS HEREBY ORDERED that plaintiff's ex parte application for leave to file electronically is DENIED. This order resolves ECF No. 143.

Dated: April 23, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE