| CAED 435 (Rev. 04/18) | United States District Court, Eastern District of California | | FOR COURT USE ONLY |
|---|---|---|---|
| | **TRANSCRIPT ORDER** | | DUE DATE: |

*PLEASE Read Instruction Page (attached):*

| 1. YOUR NAME<br>Daniel Gonzalez | 2. EMAIL<br>dgonzie@gmail.com | 3. PHONE NUMBER<br>916-247-6886 | 4. DATE<br>5/13/2019 |
|---|---|---|---|
| 5. MAILING ADDRESS<br>7125 Calvin Drive | | 6. CITY<br>Citrus Heights | 7. STATE<br>CA | 8. ZIP CODE<br>95621 |
| 9. CASE NUMBER<br>2:15-cv-02448 TLN KJN | 10. JUDGE<br>Hon. Nunley | DATES OF PROCEEDINGS | |
| | | 11. FROM: 2/3/2017 | 12. TO 2/21/2019 |
| 13. CASE NAME<br>Gonzalez v DRE, et al | | LOCATION OF PROCEEDINGS | |
| | | 14. CITY Sacramento | 15. STATE CA |

16. ORDER FOR
- ☐ APPEAL No.
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☑ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☑ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You must provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ☐ ENTIRE TRIAL | | | ☑ OTHER (Specify Below) | | |
| ☐ JURY SELECTION | | | FINDINGS/RECOMMENDATIONS | 2/3/2017 | CD Number: 1 of 1 |
| ☐ OPENING STATEMENTS | | | STATUS CONFERENCE | 9/7/2017 | CD Number: ECRO |
| ☐ CLOSING ARGUMENTS | | | STATUS CONFERENCE | 2/21/2019 | CD Number: ECRO |
| ☐ JURY INSTRUCTIONS | | | | | |

18. ORDER (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☑ | ☑ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

**FILED**
**MAY 16 2019**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

| 19. SIGNATURE<br>Daniel Gonzalez *(signed)* | ESTIMATE TOTAL | |
|---|---|---|
| | PROCESSED BY | |
| 20. DATE<br>5/13/2019 | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |