IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DANIEL E. GONZALEZ,** | 2:15-cv-2448 TLN KJN PS |
| Plaintiff, | **ORDER** |
| v. | Judge: Hon. Kendall J. Newman<br>Trial Date: None |
| **DEPARTMENT (BUREAU) OF REAL ESTATE, et al.,** | |
| Defendants, | |

It is hereby ordered that defendants' Request for Extension of Time is granted. The Discovery and Scheduling Order is amended as follows:

1. The deadline for the completion of Plaintiff's deposition is December 31, 2019;
2. The deadline for disclosing expert witnesses is January 14, 2020;
3. The deadline for making rebuttal expert disclosures is January 28, 2020;
4. The deadline for the completion of all expert discovery is February 25, 2020; and,

////

////

////

1

5. All other provisions of the Court's February 22, 2019 Pretrial Scheduling Order remain in full force and effect.

Dated: October 17, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Gonz.2448