XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ALBERTO L. GONZALEZ, State Bar No. 117605
Supervising Deputy Attorney General
JOHN C. BRIDGES, State Bar No. 248553
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7529
 Fax: (916) 322-8288
 E-mail: John.Bridges@doj.ca.gov
*Attorneys for Defendants*
*Kyle Jones, Tricia Sommers, Truly Sughrue, Jeff Davi, Wayne Bell, William Moran, and John VanDriel*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DANIEL E. GONZALEZ,**<br><br>                              Plaintiff,<br><br>        v.<br><br>**DEPARTMENT (BUREAU) OF REAL ESTATE, et al.,**<br><br>                              Defendants. | 2:15-cv-2448 TLN KJN PS<br><br>**DEFENDANTS' REQUEST FOR EXTENSION OF TIME; DECLARATION OF JOHN C. BRIDGES IN SUPPORT OF REQUEST FOR EXTENSION OF TIME**<br><br>Trial Date:      TBD<br><br>Action Filed:   November 24, 2015 |

On February 22, 2019, the Court issued a Pretrial Scheduling Order. (ECF No. 136.) In that Order, the Court stated that, "All law and motion, except as to discovery-related matters, shall be completed by **March 5, 2020**." (ECF No. 136 at p. 3, ll. 10-11.) Due to ongoing difficulties completing the plaintiff's deposition, which are well documented in the previous filings before this Court, defendants submitted a request for an extension of time to complete plaintiff's deposition and extend the time for filing a motion for summary judgment and/or summary adjudication on February 26, 2020. Since plaintiff has now retained counsel, the Court referred defendants to take up the issue with the assigned District Judge. (ECF No. 179, p. 1,

1

footnote 1, citing Local Rule 302(c)(21).)  Therefore, defendants are re-submitting this request.

Pursuant to the Court's previous directive to meet and confer, the parties agreed to resume the deposition of plaintiff on March 25, 2020, but due to the unforeseen shelter-in-place orders, the parties were unable to conduct the deposition on that date, and have not yet rescheduled the deposition due to the ongoing nature of the orders.  Defendants anticipate filing a motion for summary judgment and/or summary adjudication after the deposition concludes.

Defendants respectfully request an extension of time to complete plaintiff's deposition and file a forthcoming dispositive motion.  Defendants have diligently attempted to complete discovery, specifically the deposition of plaintiff, but have been unable to obtain the necessary information to prepare and file a dispositive motion.  Defendants anticipate completing plaintiff's deposition by July 31, 2020, and filing a dispositive motion no later than September 18, 2020.

Dated: May 12, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ALBERTO L. GONZALEZ
Supervising Deputy Attorney General

*/s/ John C. Bridges*

JOHN C. BRIDGES
Deputy Attorney General
*Attorneys for Defendants Kyle Jones, Tricia Sommers, Truly Sughrue, Jeff Davi, Wayne Bell, William Moran, and John VanDriel*

**DECLARATION OF JOHN BRIDGES IN SUPPORT OF
REQUEST FOR EXTENSION OF TIME**

I, John Bridges, declare:

1. I am a Deputy Attorney General with the California Department of Justice, attorneys for Defendants Jones, Sommers, Sughrue, Davi, Bell, Moran, and VanDriel.

2. I have attempted to take the deposition of plaintiff Daniel Gonzalez since August of 2019 without success.  The parties agreed to resume his deposition on March 25, 2020; however, due to the ongoing and indefinite shelter-in-place orders, the parties have been unable to

2

1  complete the deposition as scheduled. The parties have agreed to reschedule the deposition once
2  the orders are lifted and/or modified to allow the deposition.

3  　　　　3.　　Defendants anticipate filing a motion for summary judgment and/or summary
4  adjudication after completing plaintiff's deposition.

5  　　　　4.　　I have diligently attempted to complete the necessary discovery in order to prepare
6  a dispositive motion in compliance with the Court's Pretrial Scheduling Order. Due to the well-
7  documented issues with taking the plaintiff's deposition, I am unable to comply with the Pretrial
8  Scheduling Order. I filed a Request for Extension of Time on February 26, 2020 addressing these
9  issues, and the Court referred me to take up the issue with the assigned District Judge. (ECF No.
10 179, p. 1, footnote 1, citing Local Rule 302(c)(21).) Therefore, I am re-filing this request.

11 　　　　5.　　For the reasons stated above, good cause exists to extend the time for the parties to
12 complete the plaintiff's deposition and all law and motion, except as to discovery-related matters,
13 to a later date. The parties do not know when the shelter-in-place orders will be lifted; however, I
14 anticipate completing the plaintiff's deposition no later than July 31, 2020, and filing a dispositive
15 motion no later than September 18, 2020.

16 　　　　I declare under penalty of perjury that the foregoing is true and correct. Dated this 12th
17 day of May, 2020, in the City of Sacramento, County of Sacramento, State of California.

　　　　　　　　　　　　　　　　　　　　　　　***/s/ John C. Bridges***
　　　　　　　　　　　　　　　　　　　　　　　John Bridges
　　　　　　　　　　　　　　　　　　　　　　　Deputy Attorney General

SA2016301837
34058296.docx