IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DANIEL E. GONZALEZ,** <br><br> Plaintiff, <br><br> v. <br><br> **DEPARTMENT (BUREAU) OF REAL ESTATE, et al.,** <br><br> Defendants, | 2:15-cv-2448 TLN KJN <br><br> **ORDER** <br><br> Judge:      Hon. Troy L. Nunley <br> Trial Date:  None |

It is hereby ordered that defendants' Request for Extension of Time is granted. The Discovery and Scheduling Order is amended as follows:

1. The deadline for the completion of plaintiff's deposition is July 31, 2020.

2. The deadline for the completion of all law and motion matters, except discovery-related matters, is September 18, 2020.

DATED: May 14, 2020

_____
Troy L. Nunley
United States District Judge

1

2:15-cv-2448 TLN KJN