UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GONZALEZ, | No. 2:15-cv-2448-TLN-KJN  (PS) |
| Plaintiff, | ORDER |
| v. | |
| KYLE THOMAS JONES., et al. | |
| Defendants. | |

    The court is in receipt of plaintiff's request for an extension of time to respond to defendants' amended motion for terminating sanctions.  (ECF No. 204.)  Finding good cause, the extension of time is granted.

    In this filing, plaintiff appears to reference issues discussed in his two motions for reconsideration.  (See ECF Nos. 197, 198.)  These motions were originally set before the assigned district judge, but plaintiff was informed that the motions were improperly noticed.  (See ECF No. 199.)  The district judge informed plaintiff that in order to be heard on these motions, he was to notice them before the undersigned.  (See Id.)  To date, plaintiff has failed to re-notice these motions for any hearing.  If plaintiff intends for the court to hear these motions, he must re-notice them for a hearing pursuant to Local Rule 230(b).  As the December 3, 2020 date is available, and as the issues raised are related to defendants' sanction motion, plaintiff shall use the December 3, 2020 date for the hearing.  Plaintiff is cautioned that, under Local Rule 230(b), any motion must

be noticed "not less than twenty-eight days" after filing.  Thus, plaintiff has until November 5, 2020 to file his Rule 230(b) notices for his two renewed motions to alter or amend.

        Accordingly, IT IS ORDERED:

1. For good cause, plaintiff's motion for an extension of time to file his opposition (ECF No. 204) is GRANTED;
2. The hearing on defendants' amended motion for terminating sanctions (ECF No. 202), currently set for October 15, 2020, is RESCHEDULED for December 3, 2020 at 10:00 a.m. before the undersigned;
3. Pursuant to Local Rule 230(c), plaintiff shall have until November 19, 2020 to file his opposition to defendants' motion for terminating sanctions, and defendants may file a reply by November 26, 2020; and
4. If plaintiff intends for the court to hear his two renewed motions to alter or amend (ECF Nos. 197, 198), he shall—by November 5, 2020—refile his notice, motion, accompanying briefs, and any affidavits, selecting a hearing date of December 3, 2020 at 10:00 a.m. before the undersigned.
5. No further extensions of time will be granted – absent exceptional, extraordinary good cause.

Dated:  September 23, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gonz.2448