XAVIER BECERRA, State Bar No. 118517
Attorney General of California
CATHERINE WOODBRIDGE, State Bar No. 186186
Supervising Deputy Attorney General
JOHN C. BRIDGES, State Bar No. 248553
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7529
  Fax: (916) 322-8288
  E-mail: John.Bridges@doj.ca.gov
*Attorneys for Defendants Kyle Jones, Tricia Sommers, Truly Sughrue, Jeff Davi, Wayne Bell, William Moran, and John VanDriel*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL E. GONZALEZ,<br><br>  Plaintiff,<br><br>v.<br><br>DEPARTMENT (BUREAU) OF REAL ESTATE, et al.,<br><br>  Defendants. | Case No.: 2:15-cv-2448 TLN KJN PS<br><br>**DEFENDANTS' SUPPLEMENT IN SUPPORT OF MOTION FOR TERMINATING SANCTIONS; DECLARATION OF JOHN BRIDGES IN SUPPORT OF MOTION**<br><br>Hearing Date: Vacated per ECF No. 214<br>Time:     N/A<br>Location:    Department 25<br>Judge:     Honorable Kendall J. Newman |

Defendants Jones, Sommers, Sughrue, Davi, Bell, Moran, and VanDriel hereby submit this supplement to their Motion for Terminating Sanctions filed on September 9, 2020.

///

///

///

///

///

1

Pursuant to the Court's order of January 21, 2021 (ECF No. 214), this supplement provides the transcript for the January 14, 2021 deposition of plaintiff Daniel Gonzalez.

Dated: January 27, 2021

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General

*/s/ John C. Bridges*

JOHN C. BRIDGES
Deputy Attorney General
*Attorneys for Defendants* Kyle Jones, Tricia Sommers, Truly Sughrue, Jeff Davi, Wayne Bell, William Moran, and John VanDriel

## DECLARATION OF JOHN BRIDGES IN SUPPORT OF MOTION TO COMPEL

I, John Bridges, declare:

1. I am a Deputy Attorney General with the California Department of Justice, attorneys for Defendants Jones, Sommers, Sughrue, Davi, Bell, Moran, and VanDriel.

2. Plaintiff Daniel Gonzalez appeared for a deposition on January 14, 2021, pursuant to the Fifth Notice of Deposition. A true and correct copy of the complete transcript for the January 14, 2021 deposition is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct. Dated this 27th day of January, 2021 at Sacramento, California.

*/s/ John C. Bridges*
John Bridges

SA2016301837
34769717.docx

2

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

DANIEL E. GONZALEZ,

        Plaintiff,

vs.                   CASE NO. 2:15-CV-2448 GEB GGH PS

DEPARTMENT (BUREAU) OF
REAL ESTATE, et al.,

        Defendants.

---

REPORTER'S TRANSCRIPT OF PROCEEDINGS RE

DEPOSITION OF DANIEL GONZALEZ

January 14, 2021

10:21 a.m.

REPORTED STENOGRAPHICALLY BY:

Deborah L. Heskett

CSR No. 11797

APPEARING REMOTELY FROM LOS ANGELES COUNTY, CALIFORNIA

```
 1   REMOTE APPEARANCES:

 2

 3       For Plaintiff:

 4           DANIEL GONZALEZ
             IN PRO PER
 5           4300 Black Avenue
             Pleasanton, California 94566
 6           dgonzie@gmail.com

 7
         For Defendants:
 8
             OFFICE OF THE ATTORNEY GENERAL
 9           JOHN C. BRIDGES
             1300 I Steet, Suite 125
10           P.O. Box 944255
             Sacramento, California 94244
11           916.210.7529
             john.bridges@doj.ca.gov
12

13       Also Present:

14           VIRGINIA SBRAGIA

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   REPORTED REMOTELY FROM LOS ANGELES COUNTY, CALIFORNIA;
 2           THURSDAY, JANUARY 14, 2021, 10:21 A.M.
 3                         -- oOo --
 4
 5        THE REPORTER:  The attorneys participating in
 6   this deposition acknowledge that I am not physically
 7   present in the deposition room and that I will be
 8   reporting this deposition remotely pursuant to Federal
 9   Rule of Civil Procedure 29.
10        They further acknowledge that, in lieu of an
11   oath administered in person, the witness will verbally
12   declare his testimony in this matter is under penalty of
13   perjury.
14        The parties and their counsel consent to this
15   arrangement and waive any objections to this manner of
16   reporting.
17        Please indicate your agreement by stating your
18   name and your agreement on the record.
19        MR. BRIDGES:  This is John bridges; I agree.
20        MR. GONZALEZ:  Daniel Gonzalez; I agree.
21   ///
22   ///
23   ///
24   ///
25   ///
```

```
 1                    DANIEL GONZALEZ,
 2   having been first duly sworn, was examined and testified
 3   as follows:
 4
 5          MR. BRIDGES:  All right, Mr. Gonzalez.  Good
 6   morning again.
 7          MR. GONZALEZ:  Good morning.  Before we start,
 8   I'd like to put an objection on the record.
 9          I do object.  This was a deposition that was
10   defectively serviced and noticed.
11          I have submitted opposition to and objections
12   to this deposition being moving forward, and I also
13   submitted a motion for a protective order to limit or
14   terminate this deposition or any further deposition.
15          And, for the record, I will not proceed since I
16   am in consultation with an attorney and therefore --
17   unfortunately, the attorney was not available; one of
18   the reasons why I'm objecting is on that basis.
19          But, most importantly, I believe that
20   Mr. Bridges himself has a conflict of interest because,
21   Mr. Bridges, your office participated in defending
22   former Commissioner Jeff Davi in this matter -- in a
23   prior matter, excuse me.  Correction:  In a prior
24   matter.  That case was The Grubb Company vs. Department
25   of Real Estate.  And based on the inconsistent legal
```

1  position that the Department of Justice of California
2  and Commissioner Davi took since November of 2007
3  stating that the department has no legal permission to
4  attack a civil judgment, this entire proceeding has been
5  conducted under a fraudulent misconduct of -- every
6  attorney general from the department of California
7  Attorney General's office has participated in a fraud
8  under process.
9  　　　　　That inconsistent position that Davi took from
10 November of 2007, which documents are being submitted to
11 the court today, will establish that a judicial estoppel
12 will be sought, either in this court and if not in this
13 court, to the Ninth Circuit and if not to the Ninth
14 Circuit, to the US Supreme Court.
15 　　　　　And, with that, unless there is something of
16 extreme urgency, Mr. Bridges, I find you have a serious
17 conflict of interest, both you, your supervisors, and
18 Mr. Becerra specifically as attorney general as well as
19 Kamala Harris as well as Mr. Brown.  All were attorney
20 generals at the time that Jeff Davi took a completely
21 opposite legal position, and then what was been done to
22 me 11 years cannot stand.  And under that, I will submit
23 that there is a motion for protective order and this
24 matter needs to be determined by the court first
25 further.

```
 1           MR. BRIDGES:  Okay.  So my understanding, then,
 2   just to be clear, is that you have filed a motion for a
 3   protective order with the court.
 4           Do you recall when you filed that? because I
 5   haven't seen it yet.
 6           MR. GONZALEZ:  It's got to get filed.  It's got
 7   to get updated, but it will be updated today.
 8           MR. BRIDGES:  You've actually submitted it to
 9   the court?
10           MR. GONZALEZ:  (No audible response.)
11           MR. BRIDGES:  Okay.  And when did you submit it
12   to the court?
13           Mr. Gonzalez, when did you submit it to the
14   court?
15           MR. GONZALEZ:  I'm not going to get an argument
16   with you.  I am simply not going to answer argument.
17   You send me argumentative e-mails and argue, and I
18   think, as I've stated, I believe you have conducting
19   yourself fraudulently in these proceedings as an
20   attorney general.  As deputy attorney general, you have
21   conducted yourself, both you and Oliver Lewis have
22   upheld and defended this for no basis other than to
23   malign.
24           MR. BRIDGES:  Okay.  So --
25           MR. GONZALEZ:  Bottom line, there are damages.
```

```
 1   We need to get to address them.  I want to have an
 2   attorney to come into the case, and I need that right.
 3           And if this needs to go to Ninth Circuit, so be
 4   it, because I've had four district attorneys -- excuse
 5   me, four district judges, and not a single one
 6   recognized that this was unconstitutional and the way
 7   you conducted it with suborning perjury from Narine
 8   Stepanyan and others.  Let's just put an end to this.
 9   Unless you have something of urgency, I am not going to
10   proceed.
11           MR. BRIDGES:  That's just what I wanted to
12   clarify, that you will not give testimony today.  So
13   that's fine.
14           MR. GONZALEZ:  That's what the court rules
15   allow.
16           MR. BRIDGES:  So then we will conclude the
17   deposition at this time.
18           And I have a pending motion for terminating
19   sanctions.  I believe it's scheduled for hearing on
20   January 28th, and I'll just leave that on calendar and
21   we will proceed as planned.
22           MR. GONZALEZ:  As you -- as you threaten to do
23   and as I have addressed in opposition.
24           MR. BRIDGES:  Okay.  All right.  Thank you very
25   much.
```

1        MR. GONZALEZ:  You all have a nice day.

2        (Proceedings concluded at 10:27 a.m.)

```
1   STATE OF CALIFORNIA   )
2                         ) ss
3   COUNTY OF LOS ANGELES )
4
5       I, Deborah L. Heskett, a Certified Shorthand
6   Reporter, do hereby certify:
7       That prior to being examined, the witness in the
8   foregoing proceedings was by me duly sworn to testify to
9   the truth, the whole truth, and nothing but the truth;
10      That said proceedings were taken before me
11  remotely at the time and place therein set forth and
12  were taken down by me in shorthand and thereafter
13  transcribed into typewriting under my direction and
14  supervision;
15      I further certify that I am neither counsel for,
16  nor related to, any party to said proceedings, nor in
17  any way interested in the outcome thereof.
18      In witness whereof, I have hereunto subscribed my
19  name.
20
21  Dated: January 14, 2021
22
23  [signature]
24  DEBORAH L. HESKETT
    CSR No. 11797
25
```

## 1

11  5:22

## 2

2007  5:2,10

## A

attack  5:4
attorney  4:16,
  17 5:6,7,18,19

## B

based  4:25
basis  4:18
Becerra  5:18
Bridges  4:5,20,
  21 5:16
Brown  5:19

## C

California  5:1,
  6
case  4:24
Circuit  5:13,14
civil  5:4
Commissioner
  4:22 5:2
Company  4:24
completely  5:20
conducted  5:5
conflict  4:20
  5:17
consultation
  4:16
Correction  4:23
court  5:11,12,
  13,14,24

## D

DANIEL  4:1
Davi  4:22 5:2,
  9,20
defectively
  4:10
defending  4:21
department  4:24
  5:1,3,6
deposition  4:9,
  12,14
determined  5:24
documents  5:10
duly  4:2

## E

entire  5:4
establish  5:11
Estate  4:25
estoppel  5:11
examined  4:2
excuse  4:23
extreme  5:16

## F

find  5:16
forward  4:12
fraud  5:7
fraudulent  5:5

## G

general  5:6,18
General's  5:7
generals  5:20
Gonzalez  4:1,5,
  7
Good  4:5,7
Grubb  4:24

## H

Harris  5:19

## I

importantly
  4:19
inconsistent
  4:25 5:9
interest  4:20
  5:17

## J

Jeff  4:22 5:20
judgment  5:4
judicial  5:11
Justice  5:1

## K

Kamala  5:19

## L

legal  4:25 5:3,
  21
limit  4:13

## M

matter  4:22,23,
  24 5:24
misconduct  5:5
morning  4:6,7
motion  4:13
  5:23
moving  4:12

## N

Ninth  5:13
noticed  4:10
November  5:2,10

## O

object  4:9
objecting  4:18
objection  4:8
objections  4:11
office  4:21 5:7
opposite  5:21
opposition  4:11
order  4:13 5:23

## P

participated
  4:21 5:7
permission  5:3
position  5:1,9,
  21
prior  4:23
proceed  4:15
proceeding  5:4
process  5:8
protective  4:13
  5:23
put  4:8

## R

Real  4:25
reasons  4:18
record  4:8,15

## S

serviced  4:10
sought  5:12
specifically
  5:18
stand  5:22
start  4:7
stating  5:3
submit  5:22
submitted  4:11,
  13 5:10
supervisors
  5:17
Supreme  5:14
sworn  4:2

## T

terminate  4:14
testified  4:2
time  5:20
today  5:11

| U |
|---|
| **urgency** 5:16 |

| Y |
|---|
| **years** 5:22 |

## CERTIFICATE OF SERVICE

Case Name: **Daniel Gonzalez v. Department (Bureau) of Real Estate, et al.**   No. **2:15-cv-2448 TLN KJN PS**

I hereby certify that on <u>January 27, 2021</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' SUPPLEMENT IN SUPPORT OF MOTION FOR TERMINATING SANCTIONS; DECLARATION OF JOHN BRIDGES IN SUPPORT OF MOTION**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>January 27, 2021</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Daniel Gonzalez
4300 Black Avenue
P.O. Box 847
Pleasanton, CA 94566
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>January 27, 2021</u>, at Sacramento, California.

| T. Yeh | /s/ T. Yeh |
|---|---|
| Declarant | Signature |

SA2016301837
34772326.docx