UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GONZALEZ,<br><br>         Plaintiff,<br><br>    v.<br><br>KYLE THOMAS JONES, et al.,<br><br>         Defendants. | No. 2:15-cv-02448-TLN-KJN<br><br>**ORDER** |

Plaintiff Daniel Gonzalez ("Plaintiff") is proceeding in this action *pro se*. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 29, 2021, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 216.) After two brief extensions of time, Plaintiff filed Objections to the Findings and Recommendations (ECF No. 221), which have been considered by the Court.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a *de novo* review of this case. *See McDonnell Douglas Corp. v. Commodore Business Machines*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982); *see also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). Having reviewed the file under the

1

applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations (ECF No. 216) are ADOPTED IN FULL;
2. Defendants' Motion for Terminating Sanctions (ECF No. 202) is GRANTED;
3. Plaintiff's Motion for a Protective Order (ECF No. 211) is DENIED;
4. Plaintiff's Motion for Extension of Time to Re-Notice the Renewed Motions for Reconsideration (ECF No. 212) is DENIED and the Renewed Motions for Reconsideration (ECF Nos. 197, 198) are TERMINATED;
5. The action is DISMISSED with prejudice pursuant to Federal Rules of Civil Procedure 37(b)(2) and 41(b); and
6. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

DATED: March 17, 2021

Troy L. Nunley
United States District Judge